[No. 42408-4-I.   Division One.   July 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCES
ARMSTRONG, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-1-05262-5, Ricardo S. Martinez, J., entered
March 23, 1998. *Affirmed* by unpublished per curiam opin-
ion.

[No. 45771-3-I.   Division One.   July 23, 2001.]

RICHARD B. STOCKTON, ET AL., *Respondents*, v. KAY KIMBRELL,
*Appellant*.

KAY KIMBRELL, *Appellant*, v. DONALD M. BARTON, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-21541-1, Glenna Hall, J., entered January
20, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 45844-2-I.   Division One.   July 23, 2001.]

*In the Matter of the Marriage of* ROSAYLN JINKENS,
*Respondent*, and CURTIS KITCHEN, *Appellant*.

Appeal from judgments of the Superior Court for King
County, No. 98-3-05853-0, Michael J. Fox, J., entered Sep-
tember 30 and December 10, 1999. *Affirmed* by unpublished
per curiam opinion.

[No. 46168-1-I.   Division One.   July 23, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY LINEHAN,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-09350-8, Charles W. Mertel, J., entered
February 14, 2000. *Affirmed* by unpublished per curiam
opinion.